UNITED STATES DISTRICT COURT
SOUTHERN DISRICT OF NEW YORK

---------------------------------x

DAVID HALLIDAY, individually and on behalf of
all others similarly situated,

        Plaintiff,

v.

CE SOLUTIONS GROUP, LLC, CE SOLUTIONS, INC., CE FLAGGING PLUS CORP., CE RESERVE CORP., ARGANI, INC., HASSAN SABLINI, and JEANNINE NAPOLEONE-COLBERT,

        Defendants.

---------------------------------x

Case No.: 1:22-cv-10131

**NOTICE OF ACCEPTANCE OF OFFER OF JUDGMENT PURSUANT TO RULE 68**

PLEASE TAKE NOTICE that pursuant to Rule 69 of the Federal Rules of Civil Procedure ("Rule 68"), Plaintiff David Halliday hereby provides Notice of his Acceptance of the Rule 68 Offer of Judgment served by Defendants attached hereto as Exhibit A.

PLEASE TAKE FURTHER NOTICE that pursuant to Rule 68 and *Yu v. Hasaki Rest., Inc.*, 944 F.3d 395 (2d Cir. 2019), notice of this acceptance has been served and that filing along with proof of that service attached hereto as Exhibit B, shall be deemed acceptance of the Rule 68 offer and the Clerk shall enter judgment thereof.

Dated: April 26, 2023
      New York, New York

Respectfully submitted,

**Giskan Solotaroff & Anderson LLP**

By: *[signature]*
Catherine E. Anderson
90 Broad Street, 2nd Floor
New York, New York 10004
Tel: (212) 847-8315 x 12
canderson@gslawny.com
*Attorneys for Plaintiff David Halliday*

# EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

David Halliday, individually and on behalf of all those similarly situated,

                Plaintiff,

v.

CE SOLUTIONS GROUP, LLC, CE SOLUTIONS, INC., CE FLAGGING PLUS CORP., CE RESERVE CORP., ARGANI, INC., HASSAN SABLINI, and JEANNINE NAPOLEONE-COLBERT

                Defendants.

**OFFER OF JUDGMENT FROM DEFENDANTS TO PLAINTIFF DAVID HALLIDAY PURSUANT TO RULE 68 OF THE FEDERAL RULES OF CIVIL PROCEDURE**

1:22-cv-10131-JLR-GWG

To:
Plaintiff David Halliday
c/o Catherine Anderson
GISKAN SOLOTAROFF & ANDERSON LLP
90 Broad Street, Second Floor
New York, New York 10004
canderson@gslawny.com
(212) 847-8315

Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendants CE SOLUTIONS GROUP, LLC, CE SOLUTIONS, INC., CE FLAGGING PLUS CORP., CE RESERVE CORP., ARGANI, INC., HASSAN SABLINI, and JEANNINE NAPOLEONE-COLBERT ("Defendants") hereby offers to allow judgment to be taken against them, by David Halliday ("Plaintiff") in the above-captioned action in the total sum of Forty Thousand Dollars and 00/100 ($40,000.00), inclusive of reasonable attorneys' fees, costs, and expenses to date of this offer, in full and final settlement of all of Plaintiff's claims against Defendants arising out, alleged in, or related to, the facts and transactions alleged in the above-captioned action.

3531583.2

This judgment shall be in full satisfaction of all federal and state law claims or rights that Plaintiff may have to damages, or any other form of relief, arising out of the alleged acts or omissions of Defendants in connection with the facts and circumstances that are the subject of this action.

This offer of judgment is made for the purposes specified in Rule 68 of the Federal Rules of Civil Procedure and is not to be construed as an admission of liability by any of the Defendants or that Plaintiff has suffered any damages.

In order for Plaintiff to accept this offer, Plaintiff must serve written notice of acceptance upon Defendants within fourteen (14) days after service of this Offer of Judgment. An offer not accepted within the specified period for acceptance will be deemed withdrawn.

Dated: April 21, 2023
New York, NY

PHILLIPS NIZER LLP

By: /s/ Evan J. Spelfogel

Evan J. Spelfogel, Esq.
Abigail L. James, Esq.
485 Lexington Avenue, 14th Floor
New York, New York 10017
espelfogel@phillipsnizer.com
ajames@phillipsnizer.com
(212) 841-0539

3531583.2

# EXHIBIT B

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------- X
David Halliday, individually and on behalf of     )
all those similarly situated,                     )
                                                  )
                              Plaintiffs,         )
                                                  )
              v.                                  )
                                                  )
CE SOLUTIONS GROUP, LLC, CE                       )
SOLUTIONS, INC., CE FLAGGING PLUS                 )
CORP., CE RESERVE CORP., ARGANI,                  )
INC., HASSAN SABLINI, and JEANNINE                )
NAPOLEONE-COLBERT                                 )
                              Defendants.         )
---------------------------------------------------------- X

Civil Case No.: 1:22-cv-10131-JLR-GWG

**ACCEPTANCE OF RULE 68 OFFER**

**To:**

CE SOLUTIONS GROUP, LLC, CE
SOLUTIONS, INC., CE
FLAGGING PLUS CORP., CE
RESERVE CORP., ARGANI, INC.,
HASSAN SABLINI, and
JEANNINE NAPOLEONE-
COLBERT (hereafter
"Defendants")

c/o Evan J. Spelfogel
PHILLIPS NIZER LLP
485 Lexington Avenue, 14th Floor
New York, New York 10017
espelfogel@phillipsnizer.com
(212) 841-0539

3530936.2

## PLAINTIFF'S ACCEPTANCE OF DEFENDANTS' RULE 68 OFFER OF JUDGMENT

NOW COMES Plaintiff by his counsel and for his Motion to Enter Judgment Pursuant to Defendant's Rule 68 Offer of Judgment states as follows:

1. On November 29, 2022, Plaintiff filed his complaint styled as *Halliday v. CE Solutions Group LLC et al, 1:22-cv-10131-JLR-GWG.*

2. On April 21, 2023, Defendants served its Rule 68 Offer of Judgment on Plaintiff via email and ECF. Defendants' Offer of Judgement stated that judgment shall be entered in the amount of Forty Thousand Dollars and 00/100 ($40,000.00) for Plaintiff's damages. Defendants' Offer of Judgment further stated that judgment shall be entered against Defendants inclusive of Plaintiff's damages, reasonable fees and costs incurred in prosecuting Plaintiff's Complaint.

3. On April 26, 2023, Plaintiff timely filed his acceptance of Defendants' Rule 68 Offer of Judgment with respect to all counts of the operative complaint.

4. On April 26, 2023, Plaintiff's counsel served, via e-mail a copy of Plaintiff's e-filed Notice of Acceptance of Defendants' Rule 68 Offer of Judgment and certificate of service.

5. Plaintiff has filed his acceptance of the offer, notice of the acceptance and proof of service.

6. Pursuant to Fed. R. Civ. P. Rule 68(a), upon the completion of the documents and filings as described above, the clerk must then enter judgment.

**WHEREFORE**, based on the foregoing, Plaintiff Halliday through his counsel, respectfully requests that this court enter judgment in favor of Plaintiff in the amount of Forty Thousand Dollars and 00/100 ($40,000.00) inclusive of all damages, attorney's fees and costs,

3530936.2

pursuant to Plaintiff's acceptance of Defendants' Rule 68 Offer of Judgment.

                                                               GISKAN SOLOTAROFF & ANDERSON LLP

By:    */s/ Catherine E. Anderson*
           Catherine E. Anderson
           canderson@gslawny.com
           90 Broad Street, Second Floor
           New York, New York 10004
           (212) 847-8315

*Counsel for Plaintiff*

3530936.2

## CERTIFICATE OF SERVICE

I, Catherine E. Anderson, hereby certify that I caused a true and correct copy of Plaintiff's Acceptance of Defendants' Rule 68 Offer of Judgment to be served via email on the following counsel for Defendants on this the 26th day of April 2023:

Evan J. Spelfogel, Esq.
ESpelfogel@PhillipsNizer.com
Phillips Nizer LLP
485 Lexington Avenue
New York, NY 10017
(212) 977-9700

April 26, 2023                                           /s/ *Catherine E. Anderson*
                                                        Catherine E. Anderson

3530936.2